UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 3:03-00075-01 |
| MARTY ELLIOTT FELTS, ) | CHIEF JUDGE WILLIAM J. HAYES |
| ) | |
| Defendant, ) | |
| ) | |
| M&W TRANSPORTATION CO., INC., ) | |
| ) | |
| Garnishee. ) | |

*[Handwritten annotation: "Quash / The motion is GRANTED. [signature] 8-29-13"]*

## MOTION FOR ENTRY OF DISPOSITION ORDER IN CONTINUING GARNISHMENT

The Plaintiff, the United States of America, by counsel, David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Michael L. Roden, Assistant United States Attorney, respectfully moves the Court to enter the Final Order in Garnishment in this matter pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §3205. In support of this motion, the United States states:

1.  An Application for Writ of Garnishment was filed by the United States of America on July 1, 2013, and a Writ of Garnishment directed to Garnishee was duly issued on July 19, 2013. The Garnishee accepted service by first class mail.

2.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ they had in their possession or under their control personal property belonging to and due Defendant, in the form of wages or earnings beginning with the July 23, 2013 pay period, and continuing to be withheld from each pay period until further order of this Court.